UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHEILA DIANNA BALL, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-00017 |
| | ) Chief Judge Crenshaw |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

### ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 22), amended to correct a scrivener's error (Doc. No. 23), to which no objections have been filed. Having considered the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees that this case must be remanded to the Commissioner for proper application of the treating physician's rule.

Accordingly, the Report and Recommendation, as amended, (Doc. Nos. 22 & 23) is **ADOPTED**, the decision of the Commissioner is **REVERSED**, and this case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further consideration. The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE